**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KATY KENNEDY and FRANK A. MATOS, THE STATE OF ILLINOIS *ex rel.* KATY KENNEDY and FRANK A. MATOS, and KATY KENNEDY, individually<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>AVENTIS PHARMACEUTICALS, INC., and PHARMANETICS, INC.<br><br>　　　　　　Defendants. | Case No. 03-C-2750<br><br>Honorable Matthew F. Kennelly |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS RELATORS' AMENDED COMPLAINT**

Defendant Aventis Pharmaceuticals, Inc. ("Aventis") hereby notifies the Court of the memorandum opinion and order of the United States District Court for the Northern District of Illinois in *United States ex rel. West v. Ortho-McNeil Pharmaceutical, Inc.*, No. 03-8239 (July 20, 2007), attached hereto as Exhibit 1.

In this opinion, the Court dismisses a *qui tam* complaint under the False Claims Act, in part for relator's failure to plead fraud with the particularity required by Rule 9(b). Specifically, the Court finds the relator's general allegations that the pharmaceutical company defendant caused false claims to be submitted by having sales representatives promote its drugs "off-label" insufficient under Rule 9(b) because the relator failed to plead, among other facts, "which sales representatives made the statements, when they made them, to which doctors they made them or how they communicated them," or which of defendant's executives "told sales

representatives to make these false statements." Ex. 1 at 7. The Court also rejects the relator's argument that a "relaxed" pleading standard should be applied to causes of action under the False Claims Act. *Id.* at 8-9.

Aventis has moved to dismiss Relators' allegations, which are factually similar to those advanced by the relator in *West*, on several grounds, including that they are not pled with the particularity required by Rule 9(b). Aventis respectfully requests that in ruling on this issue this Court consider the opinion in *West*.

Dated: July 24, 2007

                                        Respectfully submitted,

                                        By: /s/ Jaime L.M. Jones

                                        Scott R. Lassar
                                        Stephen C. Payne
                                        Jaime L.M. Jones
                                        SIDLEY AUSTIN LLP
                                        One South Dearborn Street
                                        Chicago, Illinois  60603
                                        (312) 853-7000

                                        ***Attorneys for Defendant Aventis***
                                        ***Pharmaceuticals, Inc.***

-2-

**CERTIFICATE OF SERVICE**

      Jaime L.M. Jones, an attorney, hereby certifies that on July 24, 2007, she caused a true and correct copy of the foregoing **Notice of Supplemental Authority in Support of Defendant's Motion to Dismiss Relators' Amended Complaint** to be served via electronic filing on the following individuals:

| | |
|---|---|
| Michael C. Rosenblat<br>33 N. LaSalle<br>Suite 2900<br>Chicago, IL 60602 | United States Attorney's Office<br>Northern District of Illinois<br>219 South Dearborn Street<br>Suite 500<br>Chicago, IL 60604 |
| Clinton A. Krislov<br>Kenneth T. Goldstein<br>Krislov & Associates, Ltd.<br>20 N. Wacker Dr.<br>Suite 1350<br>Chicago, IL 60606 | Office of the Attorney General<br>State of Illinois<br>General Law Bureau<br>100 West Randolph Street<br>13th Floor<br>Chicago, IL 60614 |
| Benjamin N. Thompson<br>Jennifer M. Miller<br>Wyrick Robbins Yates & Ponton, LLP<br>4101 Lake Boone Trail<br>Suite 300<br>Raleigh, NC 27607-7506 | |

                                        s/ Jaime L.M. Jones

CH1 3944417v.1