IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* KATY KENNEDY and FRANK A. MATOS, THE STATE OF ILLINOIS *ex rel.* KATY KENNEDY and FRANK A. MATOS, and KATY KENNEDY, individually<br><br>Plaintiffs,<br><br>v.<br><br>AVENTIS PHARMACEUTICALS, INC., and PHARMANETICS, INC.<br><br>Defendants. | Case No. 03C- 2750<br><br>Honorable Matthew F. Kennelly<br><br>JURY TRIAL DEMANDED |

## NOTICE OF FILING

To: All Counsel of Record

Please take notice that on July 25, 2007, I caused to be filed with the clerk of the US District Court, Northern District of Illinois, Eastern Division, **Plaintiffs' Response to Defendant Aventis' Notice of Supplemental Authority in Support of Defendant's Motion to Dismiss Relators' Amended Complaint**, a copy of which is attached hereto and served upon you.

               s/ Michael C. Rosenblat
                Attorney for Plaintiff

Michael C. Rosenblat
**MICHAEL C. ROSENBLAT, P.C.**
33 North LaSalle Street, Suite 2900
Chicago, IL 60602
312-948-0006


Clinton A. Krislov
Kenneth T. Goldstein
**KRISLOV & ASSOCIATES, LTD.**
20 North Wacker Drive, Suite 1350
Chicago, IL 60606
312-606-0500

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* ) <br> KATY KENNEDY and FRANK A. MATOS, ) <br> THE STATE OF ILLINOIS *ex rel.* ) <br> KATY KENNEDY and FRANK A. MATOS, and ) <br> KATY KENNEDY, individually ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> AVENTIS PHARMACEUTICALS, INC., ) <br> and PHARMANETICS, INC. ) <br>  ) <br>  ) <br> Defendants. ) | Case No. 03C- 2750 <br><br> Honorable Matthew F. Kennelly <br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS' RESPONSE TO DEFENDANT AVENTIS' NOTICE OF
SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S MOTION TO
<u>DISMISS RELATORS' AMENDED COMPLAINT</u>**

Plaintiffs-Relators, Katy Kennedy and Frank Matos, (hereinafter "Kennedy and Matos" or "Relators") respond to Aventis' Notice and in support thereof state the following.

On July 24, 2007 Aventis filed, without leave of the Court, not only a recent memorandum opinion and order, *United States ex rel. West v. Ortho-McNeil Pharmaceutical, Inc.,* No. 03 C8239, 2007 U.S. Dist. LEXIS 52666 (ND Ill. July 20, 2007) but also additional argument.

Plaintiffs' move this court to strike Aventis' supplemental arguments. Plaintiffs' do not oppose this Court's review of opinions issued after briefs have been filed. *In re Salem*, 465 F.3d 767, 771 (7th Cir. 2006) (Judicial notice of documents contained in the public record is proper.)

In response to Aventis' argument the Court should note that the Amended Complaint filed in this matter can easily be distinguished from the complaint filed by West. In *West*, the court noted that West never identified who made the false statements or the executives of defendant Ortho-McNeil who told the sales representatives to make false statements, *West*, at *12. Here the Relators' do just that. See Amended Complaint paragraphs 25 – 35, 46 – 47, regarding false statements, and 38 – 41 regarding kickback allegations.

Respectfully submitted,

s/ Michael C. Rosenblat

Michael C. Rosenblat
**MICHAEL C. ROSENBLAT, P.C.**
33 North LaSalle Street, Suite 2900
Chicago, IL 60602
312-948-0006

Clinton A. Krislov
Kenneth T. Goldstein
**KRISLOV & ASSOCIATES, LTD.**
20 North Wacker Drive, Suite 1350
Chicago, IL 60606
312-606-0500

# CERTIFICATE OF SERVICE

I, Michael C. Rosenblat, an attorney, certify that I caused copies of the foregoing **Plaintiffs' Response to Defendant Aventis' Notice of Supplemental Authority in Support of Defendant's Motion to Dismiss Relators' Amended Complaint**, to be served pursuant to ECF as to Filing Users and pursuant to LR 5.5 as to any as to any party who is not a Filing User or represented by a Filing User, to those individuals, by depositing the same in the US Mail by 5:00 pm on the 25th day of July 2007, with proper postage prepaid.

s/ Michael C. Rosenblat

# SERVICE LIST

*United States of America, ex rel Kennedy et al., v. Aventis Pharmaceuticals et al.*
03C-2750

Scott Lassar, Esq.
Jaime Jones, Esq.
SIDLEY AUSTIN, LLP
One South Dearborn
Chicago, IL 60603

Stephen C. Payne
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C. 20005
Via US Mail

Samuel S. Miller, Esq.
Assistant United States Attorney
US Department of Justice
219 S. Dearborn
Chicago, IL 60604

Brent D. Stratton, Esq.
Office of the Illinois
Attorney General
100 W. Randolph Street, 13th Floor
Chicago, IL 60614
Via US Mail

Benjamin N. Thompson
Jennifer M. Miller
WYRICK ROBBINS YATES & PONTON, LLP
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607-7506
Via US Mail

Michael I. Leonard
MECKLER BULGER & TILSON
123 North Wacker Drive, Suite 1800
Chicago, IL 60606