# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KATY KENNEDY and FRANK A. MATOS, THE STATE OF ILLINOIS *ex rel.* KATY KENNEDY and FRANK A. MATOS, and KATY KENNEDY, individually )<br><br>Plaintiffs, )<br><br>vs. )<br><br>AVENTIS PHARMACEUTICALS, INC., and PHARMANETICS, INC. )<br><br>Defendants. ) | Case No. 03-C-2750<br><br>Honorable Matthew F. Kennelly |

## SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS RELATORS' AMENDED COMPLAINT

Defendant Aventis Pharmaceuticals, Inc. ("Aventis") hereby notifies the Court of the recent opinion of the United States Court of Appeals for the Seventh Circuit in *United States ex rel. Fowler v. Caremark Rx, L.L.C.*, No. 06-4419 (July 27, 2007), attached hereto as Exhibit 1. In this opinion, the court affirmed the decision of the United States District Court for the Northern District of Illinois, dismissing a *qui tam* cause of action under the False Claims Act for relators' failure to plead fraud with the particularity required by Rule 9(b). The Court also addressed the application of the public disclosure bar of the False Claims Act.

This opinion, which was decided after briefing was completed on Aventis's motion to dismiss Relators' claims, addresses arguments advanced by the parties related to the court's subject matter jurisdiction over Relators' claims and the pleading requirements of Rule 9(b). While the *Caremark* court upheld the district court's determination that it had subject

matter jurisdiction over the *qui tam* claims as alleged in the third amended complaint, it based that decision on a finding that there was no evidence that relators' allegations were based on publicly disclosed information, under 31 U.S.C. § 3730(e)(4). Ex. 1 at 12-13. In the present case, by contrast, Relators expressly rely on public disclosures in order to support their claims. *See* Defendant Aventis Pharmaceuticals, Inc.'s Memorandum in Support of its Motion to Dismiss, at 9; Defendant Aventis Pharmaceuticals, Inc.'s Reply in Support of its Motion to Dismiss, at 2-3. Moreover, the *Caremark* court upheld the dismissal of relators' *qui tam* claims for their failure to "present any evidence *at an individualized transaction level*" to establish that false claims were actually submitted to the government, as required under Rule 9(b). Ex. 1 at 17 (emphasis in original). Relators' claims against Aventis suffer from the same fatal deficiency, as Aventis has demonstrated in its briefing on its motion to dismiss. *See* Defendant Aventis Pharmaceuticals, Inc.'s Memorandum in Support of its Motion to Dismiss, at 11-14; Defendant Aventis Pharmaceuticals, Inc.'s Reply in Support of its Motion to Dismiss, at 7-8.

Aventis respectfully requests that in ruling on these issues this Court consider the opinion of the Seventh Circuit in *Caremark*.

Dated: August 10, 2007

Respectfully submitted,

By: /s/ Jaime L.M. Jones

Scott R. Lassar
Stephen C. Payne
Jaime L.M. Jones
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for Defendant Aventis Pharmaceuticals, Inc.*

# CERTIFICATE OF SERVICE

Jaime L.M. Jones, an attorney, hereby certifies that on August 10, 2007, she caused a true and correct copy of the foregoing **Second Notice of Supplemental Authority in Support of Defendant's Motion to Dismiss Relators' Amended Complaint** to be served via electronic filing on the following individuals:

| | |
|---|---|
| Michael C. Rosenblat<br>33 N. LaSalle<br>Suite 2900<br>Chicago, IL 60602 | United States Attorney's Office<br>Northern District of Illinois<br>219 South Dearborn Street<br>Suite 500<br>Chicago, IL 60604 |
| Clinton A. Krislov<br>Kenneth T. Goldstein<br>Krislov & Associates, Ltd.<br>20 N. Wacker Dr.<br>Suite 1350<br>Chicago, IL 60606 | Office of the Attorney General<br>State of Illinois<br>General Law Bureau<br>100 West Randolph Street<br>13th Floor<br>Chicago, IL 60614 |
| Benjamin N. Thompson<br>Jennifer M. Miller<br>Wyrick Robbins Yates & Ponton, LLP<br>4101 Lake Boone Trail<br>Suite 300<br>Raleigh, NC 27607-7506 | |

                                                                                                   s/ Jaime L.M. Jones